ORIGINAL

SEALED
BY ORDER OF THE COURT

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
SEP 23 2021
at 10 o'clock and 35 min. ___M
MICHELLE RYNNE, CLERK

JUDITH A. PHILIPS
Acting United States Attorney
District of Hawaii

MICAH SMITH
Deputy Chief, Criminal Division

MARK A. INCIONG   CA BAR #163443
Assistant United States Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii   96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
Email: mark.inciong@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ERIC SHIROMA, ) <br> ) <br> Defendant. ) <br> _____ ) | CR. NO. CR21-00121 SOM <br><br> INDICTMENT <br><br> [21 U.S.C. §§ 841(a)(1), <br> 841(b)(1)(C), 846, 952, 960, <br> 963 and 18 U.S.C. §2] |

INDICTMENT

The Grand Jury charges:

*Method and Means*

As part of, and to facilitate, the charged conspiracy, the conspirators, both named and unnamed, obtained 3,4-Methylenedioxymethamphetamine (MDMA), also known as "ecstasy", a Schedule I controlled substance, via the "Dark Web", a part of the World Wide Web that is only accessible by means of special software, allowing users and website operators to remain anonymous or untraceable. The conspirators purchased the MDMA with "bitcoin", a type of digital currency, from entities located outside the United States, namely, the Netherlands.

Count 1
Conspiracy to Import MDMA
(21 U.S.C. §§ 963, 952, and 960)

Beginning not later than October 26, 2016 and continuing until on or about March 15, 2017, within the District of Hawaii and elsewhere, ERIC SHIROMA, the defendant, did knowingly and intentionally combine, conspire, confederate and agree with others to import into the United States from a place outside thereof, a quantity of 3,4-Methylenedioxymethamphetamine (MDMA), also known as "ecstasy", a Schedule I controlled substance.

All in violation of Title 21, United States Code, Sections 963, 952 and 960.

Count 2
Attempted Possession with Intent to Distribute MDMA
(21 U.S.C. §§ 846, 841(a)(1) and 841(b)(1)(C))

On or about March 15, 2017, within the District of Hawaii, ERIC SHIROMA, the defendant, did knowingly and intentionally attempt to possess, with intent to distribute, a quantity of 3,4-Methylenedioxymethamphetamine (MDMA), also known as "ecstasy", a Schedule I controlled substance.

All in violation of Title 21, United States Code, Sections 846, 841(a)(1), 841(b)(1)(C) and Title 18, United States Code, Section 2.

Forfeiture Notice

1.  The allegations set forth in this Indictment are hereby re-alleged and incorporated by reference for the purpose of noticing forfeiture pursuant to Title 21, United States Code, Section 853.

2.  The United States hereby gives notice that, pursuant to Title 21, United States Code, Section 853, upon conviction of an offense in violation of Title 21, United States Code, Sections 963 and 846, ERIC SHIROMA, the defendant, shall forfeit to the United States any and all property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offenses and any and all property used, or intended to be used, in any manner or

part, to commit, or to facilitate the commission of, the offense(s), including but not limited to the following:

    a. $1,730 in United States currency, in the form of U.S Homeland Security Investigations undercover "buy" money, paid to ERIC SHIROMA on October 28, 2016 at 4561 Salt Lake Boulevard, Honolulu, Hawaii.

    b. $4,250 in United States currency, in the form of U.S Homeland Security Investigations undercover "buy" money, paid to ERIC SHIROMA on November 22, 2016 at 4561 Salt Lake Boulevard, Honolulu, Hawaii.

    c. $5,815 in United States currency, in the form of U.S Homeland Security Investigations undercover "buy" money, paid to ERIC SHIROMA on January 6, 2017 at 4561 Salt Lake Boulevard, Honolulu, Hawaii.

3.    If any of the property described in paragraph 2 above, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty;

the United States of America shall be entitled to forfeiture of substitute property up

to the value of the property described above in paragraph 2, pursuant to Title 21, United States Code, Section 853(p).

DATED: September 23, 2021, at Honolulu, Hawaii.

A TRUE BILL

/s/ Foreperson
FOREPERSON, GRAND JURY

JUDITH A. PHILIPS
Acting United States Attorney
District of Hawaii

MICAH SMITH
Deputy Chief, Criminal Division

MARK A. INCIONG
Assistant U.S. Attorney

United States v. Shiroma
Cr. No. CR21-00121 SOM
Indictment