JUDITH A. PHILIPS
Acting United States Attorney
District of Hawaii

MARK A. INCIONG     CA BAR #163443
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
Email:  Mark.Inciong@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
SEP 23 2021
at __ o'clock and __ min. __ M
MICHELLE RYNNE, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     vs.<br><br>ERIC SHIROMA,<br><br>          Defendant. | CR. NO. CR21-00121 SOM<br><br>NOTICE OF RELATED CASES |

NOTICE OF RELATED CASE

Pursuant to Hawaii Local Rule 40.2 and Crim. Local Rule 12.3, the United States Attorney gives notice herein that the above-captioned Indictment involves the same transaction(s) and subject matter as the following proceedings: United

States v. Aaron Osalvo, et al., Cr. No. 16-00325 DKW and United States v. Patrick Cacayorin, et al., Cr. No. 21-00024 JMS.

DATED: September 23, 2021, at Honolulu, Hawaii.

Respectfully submitted,

JUDITH A. PHILIPS
Acting United States Attorney
District of Hawaii

By  /s/ Mark A. Inciong
MARK A. INCIONG
Assistant U.S. Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA